FILED
2013 JAN 16 P 1: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | Your Name: | Jeffrey S Conover |
| 2 | Address: | 117 Bernal Rd 70188 |
| 3 | Phone Number: | San Jose, California 95119 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | coystreet@live.com |
| 6 | Pro Se Plaintiff | |

United States District Court

Northern District of California

Jeffrey S. Conover

Plaintiff(s),

vs.

USBank
Evan Associates P.C.

Defendant(s).

Case Number: C 13 0220

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☐  No ☒

1. Parties in this Complaint

a. Plaintiff(s). Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.

Name: Jeffrey S Conover
Address: 117 Bernal Rd 70188
San Jose, California 95119
Phone number: 408-780-6971

COMPLAINT
PAGE __1_ OF __5_ [VLSP TEMPLATE]

1     b. Defendant(s). Write the full name and address of every defendant. If the defendant is
2 a corporation, write the state where it is incorporated and the state where it has its main place of
3 business. Use more pages if you need to.
4 Defendant 1:
5 Name: USBancorp
6 Address: U.S. Bancorp Center 800 Nicollet Mall
7 Minneapolis, MN 55402
8 Defendant 2:
9 Name: Evans Associates P.C.
10 Address: 3842 Harlem Road Suite 400-329
11 Buffalo, NY 14215   FAX 716-446-1869
12 Defendant 3:
13 Name:_____
14 Address:_____
15 _____
16 Defendant 4:
17 Name:_____
18 Address:_____
19 _____
20     2. Jurisdiction
21     Usually, only two types of cases can be filed in federal court: cases involving "federal
22 questions" and cases involving "diversity of citizenship." Check at least one box.
23 [X]    My case belongs in federal court under federal question jurisdiction because it is
24 about federal law(s) or right(s).
25 Which law(s) or right(s) are involved? 12 CFR 1005.17(b)   and 15 USC 1692e § 807
26 _____
27 [X]    My case belongs in federal court under diversity jurisdiction because none of the plaintiffs
28 live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE _2_ OF _5_ [VLSP TEMPLATE]

1  3. Venue

2  This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt,
3  Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco,
4  San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants
5  live in California AND at least one of the defendants lives in this district; OR 2) A substantial
6  part of the events you are suing about happened in this district; OR 3) A substantial part of the
7  property that you are suing about is located in this district; OR 4) You are suing the U.S.
8  government or a federal agency or official in their official capacities and you live in this district.
9  Explain why this district court is the proper location to file your lawsuit.
10  Venue is appropriate in this Court because _I opened the USBank checking account in_
11  _Weed, California and Evans Associates P.C mailed me a debt collection notice to my San Jose_
12  _address._

13  4. Intradistrict Assignment
14  There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka.
15  The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San
16  Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San
17  Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt,
18  Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which
19  division your case should be assigned.
20  This lawsuit should be assigned to [Select one: San Francisco/Oakland, San Jose, OR
21  Eureka] Division of this Court because _San Francisco   a familiar city_
22  
23  

24  5. Statement of Facts and Claims
25  Write a short and simple description of the facts of your case. Include WHERE and
26  WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW
27  you were harmed. If you know which laws or rights the defendant violated, you can include them,
28  but you do not need to make legal arguments. Put each fact or claim into a separate, numbered

COMPLAINT
PAGE __3_ OF _5__ [VLSP TEMPLATE]

1 paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You
2 may attach documents that support your claims to the end of this Complaint as exhibits. Explain
3 what each exhibit is, when and how you got it, and how it supports your claims. Attaching a
4 document to your Complaint does not necessarily mean that it will be accepted as evidence.
5 I opened a checking account with USBank in Weed, California when I enrolled in college courses
6 at the College of the Siskiyous by depositing $100. I returned to Santa Cruz, CA and received my
7 check card in the mail. I then spent very close to $100 and checked my balance and I was about
8 $40 overdrawn. I was troubles and called customer service. I checked my balance again and was
9 over $1000 overdrawn. I was very troubled but refused to do anything for a week or two. More time
10 passes maybe a couple of months and I received notice that I was now overdrawn $701 the
11 current and final amount disputed. I opened a case with the Office of the Comptroller of the
12 Currency-case #1218510 in July 2010   and was not happy but the problem went away. Then I
13 received a notice from Evans Associates P.C. implying a law office was collecting the debt. I
14 opened a case with the Consumer Finance Protection Bureau-case #121218-000737 and the
15 Consumer Finance Protection Bureau referred to the Office of the Comptroller Currency case
16 and limited any assistance to that case. I then decided to file a lawsuit insisting that I never
17 gave affirmative consent to overdraft charges when using my check card.

COMPLAINT
PAGE __4_ OF _5__ [VLSP TEMPLATE]

1   6. Demand for Relief

2   State what you want the Court to do for you. For example, depending on which claims
3   you raise, it may be appropriate to ask the Court to award you money or order the defendant to
4   do something or stop doing something. If you are asking for money, you can say how much you
5   are asking for and why you should get that amount.
6   I seek $1,700,000 in damaged from one or both of the defendants for intending to harm me with
7   36 violations of the Code of Federal Regulations limiting my potential to prosper since this
8   information I available to all Federal Reserve regulated bank.. "Pure Economic Loss"

16   7. Demand for Jury Trial
17   Check this box if you want your case to be decided by a jury, instead of a judge.
18   ☐   Plaintiff demands a jury trial on all issues.

20   All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach
21   another page if you need to.

23   Respectfully submitted,

26   Date: 01/11/2013   Sign Name: [signature]
27   Print Name:   Jeffrey S Conover

COMPLAINT
PAGE _5_ OF _5_ [VLSP TEMPLATE]

# Exhibit 1

Exact copy of the Office of the Comptroller of the Currency case #1218510


serving you

July 7, 2010

Jeffrey S. Conover
117 Bernal Rd 70188
San Jose, CA 95119

Re:   Office of the Comptroller of the Currency: Case # 1218510

Dear Mr. Conover:

We are in receipt of your correspondence to the Comptroller of the Currency regarding your U.S. Bank Deposit Account ending with 0465. I have been asked to respond as your concerns involve my direct business line. Thank you for affording U.S. Bank the opportunity to review your feedback and respond to your concerns.

Your correspondence states that your use of the account caused the balance to become overdrawn by $20.00, yet when you inquired, you discovered the balance to be overdrawn by more than $700, which you refused to pay. You believe that U.S. Bank had committed criminal fraud and ask that we provide justification for the overdraft charges and current balance of the account.

We reviewed the enclosed statements thoroughly and have determined the activity to have been processed in accordance with the terms of agreement for deposit accounts. The U.S. Bank Deposit Account Agreement brochure is included with information provided when a new account is opened. This booklet is also available in the lobbies of all branch locations. It is revised periodically, and the most recent version is always the controlling version. The Account Agreement is a contractual agreement between the Bank and its customers. By signing the signature card, you acknowledged receipt of and agreement to adhere to the Terms and Conditions of your account.

The Deposit Account Agreement brochure outlines our Funds Availability, overdraft and insufficient funds policies. We charge a fee for each withdrawal item that exceeds your *available* balance on a given day, with a maximum of six overdraft fees and six returned check fees charged per day at the time of the transaction activity reflected on your statements. The overdraft and or returned item fees are assessed the business day following the day of the overdraft occurrence. The best way to avoid these fees is to maintain an accurate check book register and record each transaction immediately. As a checking account holder, you have a responsibility to actively manage your account by keeping track of your balance in some way.

Please note the dollar amount of the overdraft or returned item fee is based on the number of overdraft occurrences you have had in the preceding twelve month period. The dollar amount of your transaction is not a factor in determining the amount of the overdraft fee. We do apologize if you disagree with our fees. However, your agreement to our terms and conditions as well as our fees is authorized by your use of the account. These fees are disclosed in our Service Fee Brochure which was provided to you at the time you opened your account. These brochures are available at any local U.S. Bank branch or by contacting our 24-Hour Banking line.

One important point to remember is that the available balance reported by the bank only reflects activity that has been processed through the bank at that point in time. Only you as the accountholder know all of the transactions that have been conducted against your account. When you check your account balance with U.S. Bank, there may be outstanding checks or pending automatic withdrawals that will be processed that night. If you do not keep these in mind and subtract them from your checking balance in your own check register, you may overdraw your account.

Jeffrey S. Conover
July 7, 2010
-2-

For example, you may use your check card for several purchases during the day and you have an available balance all day. However, during the evening processing a check that you wrote two days ago might process that night and cause your available balance to become negative.

Please understand if we receive a batch of items in a day, and if one, some or all of them would overdraw the account if paid, we can pay or refuse to pay them, in any order, or no order at all. This information can be found on page ten of the Deposit Account Agreement. It is your responsibility to ensure there are sufficient funds to cover all items you have authorized against your account therefore the processing order should not be a factor.

Notice the enclosed statement for the period of Aug 20, 2009 through Sept. 18, 2009. It shows the account became overdrawn on August 26th when your beginning balance of $27.51 was not sufficient to cover the four Visa Purchases, totaling $15.49, and the Overdraft Fee of $19.00 we assessed for activity that occurred on the previous business day. Enclosed is a copy of a "Notice of Insufficient Funds" letter, dated August 25, 2009, which explains that due to pending authorizations, your available balance was not sufficient to cover the Visa Purchase of $2.49 that you authorized to FEDEX KINKO's on that day. We allowed processing of the item yet charged the Overdraft Fee for the service we provided.

You continued to authorize Visa Purchases on August 26th and August 27th, including an ATM Withdrawal of $22.00, without depositing additional funds. All items presented to the account for payment were paid as a courtesy to you and each warranted the assessment of an Overdraft Fee of $35.00.

When sufficient funds were not deposited to create a positive balance in the account, a Continuous Overdraft Fee of $8.00 was charged to the account for each day the balance remained negative. Finally, a $30.00 forced-closure fee was assessed when U.S. Bank was compelled by regulatory requirements to force close the account and charge off the unresolved negative balance of $701.78 on October 9, 2009. When the balance was not quickly repaid, the account was placed with a third party collection agency called Apelles, Inc on December 31, 2009.

Please understand that our policies and procedures are not arbitrary and must be applied uniformly to all accounts. As a federally regulated national bank, U.S. Bank is subject to stringent internal scrutiny as well as external review and monitoring by outside regulatory agencies for compliance with all applicable law and regulations. A careful review of this matter does not reveal any instance whereby U.S. Bank deviated from generally accepted banking practices. For these reasons, and because the transactions of the account were processed in accordance with the terms of the U.S. Bank Deposit Account Agreement, we must hold you responsible to repay the outstanding balance.

Mr. Conover, we regret any frustration this issue may have caused for you. We also understand this may not be the resolution you anticipated, but we remain hopeful you will understand our position in this matter. Please contact Apelles, Inc at 1-877-825-4490 to discuss your options for repayment of the balance.

Sincerely,


Katie O'Shaughnessy
U.S. Bank Retail Collections and Recovery

CC: OCC

Enc



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3836       TRN                              X    ST01

**Uni-Statement**
Account Number:
1 534 6206 0465
Statement Period:
Aug. 19, 2009
through
Aug. 19, 2009

Page 1 of 1

000057494 1 AT 0.357 106481294241885 P
JEFFREY S CONOVER
117 BERNAL RD # 70188
SAN JOSE   CA  95119-1375



To Contact U.S. Bank

By Phone:           1-800-US BANKS
                    (1-800-872-2657)

Telecommunications Device
for the Deaf:       1-800-685-5065

Internet:           usbank.com

## FREE CHECKING                                                                 Member FDIC
U.S. Bank National Association                                Account Number 1-534-6206-0465

**Account Summary**
Beginning Balance on Aug. 19           $        0.00
Deposits / Credits                            100.00     Number of Days in Statement Period        1

Ending Balance on Aug. 19, 2009        $      100.00

**U.S. Bank Checking That Pays®**                **Reward Program Summary**

| All Rewards shown are as of Aug. 19, 2009 | | | | |
|---|---|---|---|---|
| FlexPerks Cash Bonus Visa® Check Card | Check Card Number *2488 | | FlexPerks. | |
| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
| 08/19/2009 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Aug. 19 | Deposit | 5730832380 | $ 100.00 |
| | | Total Deposits / Credits | $ 100.00 |

**Balance Summary**

| Date | Ending Balance |
|---|---|
| Aug. 19 | 100.00 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3836    TRN                    X    ST01

**Uni-Statement**
Account Number:
1 534 6206 0465
Statement Period:
Aug. 20, 2009
through
Sep. 18, 2009

Page 1 of 2



000061497 1 AT 0.357 106481328783666 P
JEFFREY S CONOVER
117 BERNAL RD # 70188
SAN JOSE   CA 95119-1375

To Contact U.S. Bank

By Phone:    1-800-US BANKS
             (1-800-872-2657)

Telecommunications Device
for the Deaf:    1-800-685-5065

Internet:    usbank.com

## INFORMATION YOU SHOULD KNOW

Your U.S. Bank Cash Bonus Visa Check Card has changed to the U.S. Bank FlexPerks Cash Rewards Visa Check Card! All of the great features and benefits remain the same...only the name is changing. You will receive a new FlexPerks Cash Rewards Check Card when your current card expires. Continue using your current card and enjoy the same great features, including up to 25% cash back when shopping instore or online at more than 200 Cash Rewards Partners, plus all of the other benefits and services you've come to expect from U.S. Bank!

## FREE CHECKING                                                                               Member FDIC
U.S. Bank National Association                                            Account Number 1-534-6206-0465

**Account Summary**
| | | |
|---|---|---|
| Beginning Balance on Aug. 20 | $ | 100.00 |
| Card Withdrawals | | 51.78- |
| Other Withdrawals | | 584.00- |
| Ending Balance on Sep. 18, 2009 | $ | 535.78- |

Number of Days in Statement Period    30

### U.S. Bank Checking That Pays®

### Reward Program Summary

All Rewards shown are as of Sep. 18, 2009

FlexPerks Cash Bonus Visa® Check Card        Check Card Number: *2488        FlexPerks

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 08/19/2009 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 2488 | | | | |
| Aug. 25 | Visa Purchase (Non-PIN) FEDEX KINKO'S #5 | On 082409 SANTA CRUZ CA REF # 24445009237890245227 US2 | 7890245227 | $ 2.49- |
| Aug. 26 | Visa Purchase (Non-PIN) FEDEX KINKO'S #5 | On 082509 SANTA CRUZ CA REF # 24445009238891529237 US2 | 8891529237 | 2.49- |
| Aug. 26 | Visa Purchase (Non-PIN) CVS PHARMACY #93 | On 082409 SANTA CRUZ CA REF # 24445009237890649578 US2 | 7890649578 | 3.38- |
| Aug. 26 | Visa Purchase (Non-PIN) 7-ELEVEN 16346 | On 082409 SANTA CRUZ CA REF # 24423639237890969633 US2 | 7890969633 | 4.14- |
| Aug. 26 | Visa Purchase (Non-PIN) EL PALOMAR RESTA | On 082409 SANTA CRUZ CA REF # 24323019237572390010 US2 | 7572390010 | 5.48- |
| Aug. 27 | Visa Purchase (Non-PIN) LUCKY #759 | On 082509 SAN JOSE CA REF # 24427339238710021615 US2 | 8710021615 | 1.10- |



JEFFREY S CONOVER
117 BERNAL RD # 70188
SAN JOSE CA 95119-1375



**Uni-Statement**
Account Number:
1 534 6206 0465
Statement Period:
Aug. 20, 2009
through
Sep. 18, 2009

Page 2 of 2

## FREE CHECKING (CONTINUED)
U.S. Bank National Association  
Account Number 1-534-6206-0465

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug. 27 | Visa Purchase (Non-PIN) SANTA CRUZ COFFE | On 082509 SANTA CRUZ CA REF # 24472689238952355879 US2 | 8952355879 | 1.65- |
| Aug. 27 | Visa Purchase (Non-PIN) CVS PHARMACY #93 | On 082409 SANTA CRUZ CA REF # 24445009238891934004 US2 | 8891934004 | 3.93- |
| Aug. 27 | Visa Purchase (Non-PIN) LUCKY #759 | On 082509 SAN JOSE CA REF # 24427339238710021615 US2 | 8710021615 | 5.12- |
| Aug. 27 | ATM Withdrawal | *PACIFIC GARDEN SANTA CRUZ CA Serial No. 461929205507PLUSTERM | | 22.00- |
| | | Card 2488 Withdrawals Subtotal | $ | 51.78- |
| | | Total Card Withdrawals | $ | 51.78- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug. 24 | Customer Withdrawal | | 5838271190 | $ 30.00- |
| Aug. 24 | Customer Withdrawal | | 5838271109 | 40.00- |
| Aug. 26 | Overdraft Charge | | 7890245227 | 19.00- |
| Aug. 27 | Overdraft Charge | | 7572390010 | 35.00- |
| Aug. 27 | Overdraft Charge | | 7890969633 | 35.00- |
| Aug. 27 | Overdraft Charge | | 7890649578 | 35.00- |
| Aug. 27 | Overdraft Charge | | 8891529237 | 35.00- |
| Aug. 28 | Continuous Overdraft Fee | | 2800002419 | 8.00- |
| Aug. 28 | Overdraft Charge | | | 35.00- |
| Aug. 28 | Overdraft Charge | | 8710021615 | 35.00- |
| Aug. 28 | Overdraft Charge | | 8891934004 | 35.00- |
| Aug. 28 | Overdraft Charge | | 8952355879 | 35.00- |
| Aug. 28 | Overdraft Charge | | 8710021615 | 35.00- |
| Aug. 31 | Fee | Non-US Bank ATM Denied Transaction | 3100000001 | 2.00- |
| Aug. 31 | ATM Fee | Balance Inquiry At Other Network | 3100000001 | 2.00- |
| Aug. 31 | Continuous Overdraft Fee | | 3100004331 | 24.00- |
| Sep. 1 | Continuous Overdraft Fee | | 0100002546 | 8.00- |
| Sep. 2 | Continuous Overdraft Fee | | 0200002053 | 8.00- |
| Sep. 3 | Continuous Overdraft Fee | | 0300002341 | 8.00- |
| Sep. 4 | Continuous Overdraft Fee | | 0400002553 | 8.00- |
| Sep. 8 | Continuous Overdraft Fee | | 0800004683 | 32.00- |
| Sep. 9 | Continuous Overdraft Fee | | 0900002173 | 8.00- |
| Sep. 10 | Continuous Overdraft Fee | | 1000002111 | 8.00- |
| Sep. 11 | Continuous Overdraft Fee | | 1100002336 | 8.00- |
| Sep. 14 | Continuous Overdraft Fee | | 1400003450 | 24.00- |
| Sep. 15 | Continuous Overdraft Fee | | 1500002569 | 8.00- |
| Sep. 16 | Continuous Overdraft Fee | | 1600002486 | 8.00- |
| Sep. 17 | Continuous Overdraft Fee | | 1700002766 | 8.00- |
| Sep. 18 | Continuous Overdraft Fee | | 1800002856 | 8.00- |
| | | Total Other Withdrawals | $ | 584.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug. 24 | 30.00 | Sep. 2 | 407.78- | Sep. 14 | 503.78- |
| Aug. 25 | 27.51 | Sep. 3 | 415.78- | Sep. 15 | 511.78- |
| Aug. 26 | 6.98- | Sep. 4 | 423.78- | Sep. 16 | 519.78- |
| Aug. 27 | 180.78- | Sep. 8 | 455.78- | Sep. 17 | 527.78- |
| Aug. 28 | 363.78- | Sep. 9 | 463.78- | Sep. 18 | 535.78- |
| Aug. 31 | 391.78- | Sep. 10 | 471.78- | | |
| Sep. 1 | 399.78- | Sep. 11 | 479.78- | | |

Balances only appear for days reflecting change.





P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3836    TRN                               X    ST01

**Uni-Statement**
Account Number:
1 534 6206 0465
Statement Period:
Sep. 19, 2009
through
Oct. 20, 2009

Page 1 of 1

000053580 1 AT 0.357 106481363735832 P
JEFFREY S CONOVER
117 BERNAL RD # 70188
SAN JOSE   CA  95119-1375



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## FREE CHECKING

U.S. Bank National Association

**Account Number 1-534-6206-0465**

Member FDIC

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Sep. 19 | $ | 535.78- |
| Deposits / Credits | | 701.78 |
| Other Withdrawals | | 166.00- |
| Ending Balance on Oct. 20, 2009 | $ | 0.00 |

### Deposits / Credits

| Date | | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct. | 9 | Charge Off Overdrawn Acct | | $ | 701.78 |
| | | | **Total Deposits / Credits** | **$** | **701.78** |

### Other Withdrawals

| Date | | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep. | 21 | Continuous Overdraft Fee | 2100003570 | $ | 24.00- |
| Sep. | 22 | Continuous Overdraft Fee | 2200002175 | | 8.00- |
| Sep. | 23 | Continuous Overdraft Fee | 2300002446 | | 8.00- |
| Sep. | 24 | Continuous Overdraft Fee | 2400002474 | | 8.00- |
| Sep. | 25 | Continuous Overdraft Fee | 2500002295 | | 8.00- |
| Sep. | 28 | Continuous Overdraft Fee | 2800003209 | | 24.00- |
| Sep. | 29 | Continuous Overdraft Fee | 2900001974 | | 8.00- |
| Sep. | 30 | Continuous Overdraft Fee | 3000003049 | | 8.00- |
| Oct. | 1 | Continuous Overdraft Fee | 0100002601 | | 8.00- |
| Oct. | 2 | Continuous Overdraft Fee | 0200002081 | | 8.00- |
| Oct. | 5 | Continuous Overdraft Fee | 0500003162 | | 24.00- |
| Oct. | 9 | Force-Closed Account Fee | 0900000001 | | 30.00- |
| | | | **Total Other Withdrawals** | **$** | **166.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep. 21 | 559.78- | Sep. 25 | 591.78- | Oct. 1 | 639.78- |
| Sep. 22 | 567.78- | Sep. 28 | 615.78- | Oct. 2 | 647.78- |
| Sep. 23 | 575.78- | Sep. 29 | 623.78- | Oct. 5 | 671.78- |
| Sep. 24 | 583.78- | Sep. 30 | 631.78- | Oct. 9 | 0.00 |

Balances only appear for days reflecting change.

# Exhibit 2

Exact copy of the Debt Collection Notice from Evans Associates P.C.

# EVANS ASSOCIATES, P.C.

3842 Harlem Road, Suite 400-329
Buffalo, NY 14215
Phone: 716.685.8470 • Fax: 716.446.1869

October 4, 2012

| | |
|---|---|
| Original Creditor: | US Bank- Overdraft |
| Account No.: | DDA153462060465 |
| Balance Due: | $701.78 |
| Current Creditor: | DIVERSE FUNDING ASSOCIATES LLC |
| File Number: | 2255856 |

Jeffrey S Conover
117 Bernal Rd # 70188
San Jose, CA  95119-1375

Dear Jeffrey S Conover:

DIVERSE FUNDING ASSOCIATES LLC has purchased your account that had originated with US Bank- Overdraft. DIVERSE FUNDING ASSOCIATES LLC has placed your account with our office for collection. The entire balance of $701.78 is now due. Please remit payment using the bottom of this notice. Contact us if you already have paid or if you want to discuss other payment options.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your current balance is $701.78 and we have been authorized to offer you the opportunity to save some substantial money. These are the two options offered

Save about 25% and make a one time payment of $526.34.
or
Save about 15% and make 4 equal monthly payments of $149.13.

Please be advised that we are not obligated to repeat this offer. You can remit the funds with the coupon below or you may contact this office toll-free at 888-397-2796, Monday through Friday 9:00 AM to 6:00 PM (Eastern Time). Please refer to the file number above.

No attorney with this firm has personally reviewed the particular circumstances of your account.

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

This offer is open for 45 days after you receive this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or WWW.FTC.GOV.

As required by the California Consumer Credit Reporting Agencies Act, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

▼ Please detach below and return in the enclosed envelope with your payment. ▼

---

P.O. Box 1817
Southgate, MI  48195-0817

| | |
|---|---|
| Date: | October 4, 2012 |
| Original ID#: | DDA153462060465 |
| Originator: | US Bank- Overdraft |
| Lot Number: | 2255856 |
| Total Balance with Interest: | $701.78 |

**Enclosed Amount:**     $ _____

DNF/2255856/7   363003032200   0014754/0055

Jeffrey S Conover
117 Bernal Rd # 70188
San Jose, CA  95119-1375

EVANS ASSOCIATES, P.C.
3842 Harlem Road, Suite 400-329
Buffalo, NY  14215-1935



JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Jeffrey S Conover

### DEFENDANTS
US Bancorp
Evans Associates P.C.

**(b)** County of Residence of First Listed Plaintiff  Santa Clara County, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Hennepin County MN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

C 13   0220 LB

### II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES  *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT  *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN  *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
12 CFR 1005.17(b) and 15 USC 1692e 807
Brief description of cause:
36b violations of a Code of Federal Regulation and an attempt by a Debt Collector to collect the debt

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 1,700,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                            DOCKET NUMBER

### IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*  ☒ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE  ☐ EUREKA

DATE 01/12/2013            SIGNATURE OF ATTORNEY OF RECORD