**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY S. CONOVER,

        Plaintiff,

  v.

US BANK and EVANS ASSOCIATES, P.C.

        Defendants

_____/

No. C 13-0220 RS

**ORDER DISMISSING ACTION**

By prior order, plaintiff's complaint was dismissed and he was given leave to amend, no later than March 8, 2013. Plaintiff has filed no amended complaint or any other response to the order. Accordingly, the action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/6/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE