IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY S. CONOVER, | No. C 13-0220 RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| US BANK and EVANS ASSOCIATES, P.C. | |
| Defendants | |

By prior order, plaintiff's complaint was dismissed and he was given leave to amend, no later than March 8, 2013. Plaintiff has filed no amended complaint or any other response to the order. Accordingly, the action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/6/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE